```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19026
   CARISSA A JOHNSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7206
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/15/07 and confirmed on 01/31/08.

   2.  The case was dismissed after confirmation, 05/23/2008.

   3.  The Debtor paid a total of $   2437.50 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 41059.27 | 312.45 | 525.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AIS SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| BLUE CHIP CASINO | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MARAUDER CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| SURE TEL | UNSECURED | NOT FILED | .00 | .00 |
| TROJAN PROFESSIONAL | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 284.00 | .00 | 284.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 41059.27 | 284.00 | .00 | .00 | 41343.27 |
| PRINCIPAL PAID | 525.00 | 284.00 | .00 | .00 | 809.00 |
| INTEREST PAID | 312.45 | .00 | .00 | .00 | 312.45 |
| TOTAL PAID | 837.45 | 284.00 | .00 | .00 | 1121.45 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC         , was allowed $   3500.00 and was paid $   1181.82 .

The Trustee received $    134.23 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 08/20/08                   /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE